IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDA WIDENER, et al.,

    Plaintiffs,

vs.

JUDY NEWMAN – PEACH TREE CLINIC & MARYSVILLE IMMEDIATE CARE; EDGAR GENATO,

    Defendants.

No. CIV S-11-3001 JAM EFB PS

ORDER

_____/

This case, in which plaintiffs proceed pro se, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). A motion to dismiss for lack of subject matter jurisdiction is currently pending before the undersigned. Dckt. No. 3. Further, a status (pretrial scheduling) conference is scheduled for March 21, 2012. Dckt. No. 6.

In addition to the scheduling matters addressed in the parties' joint status report, the parties should come to the scheduling conference prepared to discuss: (1) whether Marysville Immediate Care is a federally supported health care center; and (2) whether this action can be dismissed with or without prejudice against the minor plaintiff, even though Ms. Widener does not have the authority to represent her minor son without retaining a lawyer. *See Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997).

DATED: March 13, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE